Troy D. Monge, Esq.
Law Offices of Troy D. Monge, APC
2300 E. Katella Ave, Suite 325
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Diane E. Carlson

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE E. CARLSON,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 8:23-cv-00878-MAA<br><br>**[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS** |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND SEVEN HUNDRED ONE DOLLARS and THIRTY-TWO CENTS ($5,701.32) and costs under 28 U.S.C. § 1920, in the

/ / /

/ / /

/ / /

1

amount of ZERO DOLLARS AND NO CENTS ($0.00), subject to the terms of the above-referenced Stipulation.

Dated: March 15, 2024

_____
THE HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE